David L. SHEPARD, Jr., et al.,
Plaintiffs-Appellants,

v.

BEAIRD-POULAN, INC.,
Defendant-Appellee.

No. 76-4229.

United States Court of Appeals,
Fifth Circuit.

March 2, 1981.

Robert E. Piper, Jr., Frank E. Brown, Jr., Shreveport, La., for plaintiffs-appellants.

Walter W. Christy, New Orleans, La., for defendant-appellee.

ON PETITION FOR REHEARING

(Opinion May 14, 1980, 5 Cir., 1980, 617 F.2d 87).

Before THORNBERRY, GEE and HATCHETT, Circuit Judges.

PER CURIAM:

In light of intervening decisions, including *Satterwhite v. City of Greenville*, 5th Cir. 1981, 634 F.2d 231, (En Banc Decision on Remand from the Supreme Court of the United States); *Armour v. City of Anniston*, 622 F.2d 1226 (5th Cir. 1980) (On Remand from the Supreme Court of the United States), the case is remanded to the district court to determine whether there exists a live controversy involving the proposed class; if so, whether Mr. Shepard is a proper class representative; if not, whether an appropriate class representative wishes to be appointed.

IT IS SO ORDERED.